IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**Jackson Division**

| | |
|---|---|
| UPTON'S NATURALS CO.; and<br>THE PLANT BASED FOODS<br>ASSOCIATION,<br><br>      Plaintiffs,<br><br>vs.<br><br>PHIL BRYANT, in his official<br>capacity as Mississippi Governor; and<br>ANDY GIPSON, in his official<br>capacity as Mississippi Commissioner<br>of Agriculture and Commerce,<br><br>      Defendants. | Civil Action No.: 19-cv-00462-HTW-LRA |

**MOTION FOR EXEMPTION FROM *PRO HAC VICE* FEE**

Pursuant to 83.1(d)(5) of the Local Uniform Civil Rules, and on behalf of *pro hac vice* counsel for Plaintiffs, Justin M. Pearson and Paul M. Sherman, undersigned counsel hereby requests an exemption from the application fee established by this Court. In support of this request, counsel states as follows:

    1.    Justin M. Pearson is an attorney employed by the Institute for Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, FL 33131.

    2.    Paul M. Sherman is an attorney employed by the Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

    3.    The Institute for Justice is a 501(c)(3) nonprofit, public interest law firm that litigates civil cases nationwide and does not charge legal fees to their clients.

4. On July 1, 2019, Justin M. Pearson filed his Application for Admission *Pro Hac Vice* (Doc. #4) with the Court.

5. On July 1, 2019, Paul M. Sherman filed his Application for Admission *Pro Hac Vice* (Doc. #5) with the Court.

6. Both Applications neglected to include a specific request for an exemption from the filing fee established by L.U.Civ.R. 83.1(d)(5).

WHEREFORE, counsel respectfully requests that this Court grant this motion to exempt *pro hac vice* counsel, Justin M. Pearson and Paul M. Sherman, from submitting the required fee established by L.U.Civ.R. 83.1(d)(5).

Dated this 3rd day of July 2019.

Respectfully submitted,

   /s/ Aaron R. Rice
Aaron R. Rice (MS Bar No. 103892)
MISSISSIPPI JUSTICE INSTITUTE
520 George Street
Jackson, MS 39202
Tel.: (601) 969-1300
Fax: (601) 969-1600
Email: aaron.rice@msjustice.org

Justin M. Pearson (FL Bar No. 597791)*
INSTITUTE FOR JUSTICE
2 South Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1600
Email: jpearson@ij.org

Paul M. Sherman (VA Bar No. 73410)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org

*Pending admission *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July 2019, a true and correct copy of this Motion for Exemption of *Pro Hac Vice* Fee was filed with the Clerk of the court and sent via U.S. Mail to the following Defendants:

Phil Bryant, Governor of Mississippi
Office of the Governor Phil Bryant
550 High Street
Sillers Building, 19th Floor
Jackson, MS 39201

Andy Gipson, Commissioner
Mississippi Department of Agriculture and Commerce
121 North Jefferson Street
Jackson, MS  39201

    /s/ Aaron R. Rice
Aaron R. Rice
Resident Attorney
MS JUSTICE INSTITUTE