IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UPTON'S NATURALS CO.; and
THE PLANT BASED FOODS ASSOCIATION                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:19-CV-462-HTW-LRA

PHIL BRYANT, in his official capacity
As Mississippi Governor; and
ANDY GIPSON, as Mississippi Commissioner
of Agriculture and Commerce                                          DEFENDANTS

## STIPULATION OF DISMISSAL

The Plaintiffs and Defendants, by and though their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-styled and numbered action.  Each party shall bear their own costs and attorneys' fees.

This the 7th day of November, 2019.

Respectfully submitted,

/s/ Justin M. Pearson
Justin M. Pearson, FL Bar No. 597791 (*pro hac vice*)
INSTITUTE FOR JUSTICE
2 South Biscayne Boulevard, Suite 3180
Miami, FL 33131
jpearson@ij.org

/s/ Paul M. Sherman
Paul M. Sherman, VA Bar No. 73410 (*pro hac vice*)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
psherman@ij.org

/s/ Aaron R. Rice
Aaron R. Rice, MS Bar No. 103982
MISSISSIPPI JUSTICE INSTITUTE
520 George St.
Jackson, MS 39202
aaron.rice@msjustice.org

*Counsel for Plaintiffs*


/s/ Douglas T. Miracle
Douglas T. Miracle, MSB # 9648
SPECIAL ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSISSIPPI
Post Office Box 220
Jackson, MS 39205-0220
dmira@ago.ms.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2019, a true and correct copy of this Stipulation for Dismissal was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Douglas T. Miracle
SPECIAL ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSISSIPPI
Post Office Box 220
Jackson, MS 39205-0220

*Counsel for Defendants*

/s/ Justin M. Pearson
Justin M. Pearson
INSTITUTE FOR JUSTICE